# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| NOAHNATHANIEL HEALY, | : | Case No. 1:19-cv-931 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| DR. CASEY LAVELL, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on December 2, 2019, submitted a Report and Recommendation. (Doc. 4). No objections were filed.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation (Doc. 4) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

---

[1] Plaintiff filed a screenshot of Google search results for "valproic acid side effects" on December 16, 2019. (Doc. 5). However, this notice filing does not address the defects to Plaintiff's complaint noted in the Report and Recommendation. To the extent the filing could be construed as an objection, it is not well-taken.

1) This civil action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B);

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith;

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 12/31/2019                                       *s/Timothy S. Black*
                                                        Timothy S. Black
                                                        United States District Judge